1 | DAVID M. STERNBERG (SBN 96107)
ERIC I. SAMUELS (SBN 200621)
2 | DAVID M. STERNBERG & ASSOCIATES
540 Lennon Lane
3 | Walnut Creek, California 94598
Telephone:   (925) 946-1400
4 | Facsimile:    (925) 932-6986

5 | Attorneys for Defendant
LBT HORIZON LLC,
6 | a California limited liability company

7

8 | **UNITED STATES DISTRICT COURT FOR THE**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Service Employees International Union National Industry Pension Fund, Andrew Stern, Trustee, Mike Garcia, Trustee, Rod Bashir, Trustee, Charles Ridgell, Trustee, et al. | Civil Action No. C 08 4278 MMC<br><br>[~~PROPOSED~~] **ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>AND CONTINUING CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | |
| v. | |
| Protean Health Services, Inc., a California corporation, doing business as Clinton Village Convalescent Hospital, and LBT Horizon LLC, a California limited liability company, | |
| Defendants. | |

     Based upon the Stipulation Extending Time to File Responsive Pleadings filed in the above-captioned matter dated October 14, 2008, and for good cause appearing therefor,

     IT IS HEREBY ORDERED THAT the Stipulation Extending Time to File Responsive Pleadings is hereby approved.  Specifically, the deadline to file any responsive pleadings is extended to December 29, 2008.

     IT IS FURTHER ORDERED THAT the Case Management Conference is hereby CONTINUED from December 19, 2008 to January 23, 2009.  A Joint Case Management Statement shall be filed no later than January 16, 2009.

Dated: October 16, 2008

     _____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

---

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**
1          C 08 4278 MMC