**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PROTEAN HEALTH SERVICES, INC., et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　　　／ | No. C-08-4278 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   Before the Court is the Joint Case Management Statement, filed January 14, 2009, on behalf of plaintiffs and defendant LBT Horizon LLC.

   In light of plaintiffs' pending Notice of Related Case and Motion for Determination of Related Cases Pursuant to Local Rule 3-12, filed January 8, 2009 in <u>Service Employees International Union National Industry Pension Fund v. Protean Health Services, Inc.</u>, C 03-4245 SI, the Case Management Conference is hereby CONTINUED from January 23, 2009 to February 13, 2009.  No further Joint Case Management Statement is required.

   **IT IS SO ORDERED.**

Dated: January 21, 2009

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge