PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY T. SMITH, Trustee, FRANK A MAXSON, Trustee,<br><br>    Plaintiffs,<br><br>vs.<br><br>PROTEAN HEALTH SERVICES, INC., doing business as CLINTON VILLAGE CONVALESCENT HOSPITAL, a California corporation, and LBT HORIZON LLC, a California limited liability company,<br><br>    Defendants. | CASE NO.: C 08-04278 SI<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Plaintiffs, the Service Employees International Union National Industry Pension Fund and its Board of Trustees ("Plaintiffs") and Defendant LBT Horizon LLC ("Defendant LBT"), jointly through their respective counsel, hereby stipulate to and request that the Court order that the Case Management Conference be continued for a period of 60 days.

    1)    The Initial Case Management Conference was held on February 13, 2009 before the Honorable Susan Illston.

2) During the Initial Case Management Conference, counsel for the parties jointly informed the Court that they were attempting to resolve the amount in dispute and may possibly enter into a stipulated judgment as to LBT. The case was referred to the Court ADR program and Mediator Catherine A. Yanni was appointed to the matter. The parties were also ordered to complete a mediation session before May 5, 2009.

3) During the Initial Case Management Conference, Counsel for Defendant LBT agreed to provide Plaintiffs with information within 15 days. However, after meeting in person with Defendants, the information was not available and Defendants are attempting to obtain and provide information.

4) The Court set the subsequent Case Management Conference for March 27, 2009 at 3:00 p.m.

5) On March 10, 2009, the parties participated in a preliminary telephone conference with Mediator Catherine A. Yanni. During that telephone call, counsel for the parties agreed to attend a mediation session on April 2, 2009. However, Defendants are unavailable on that date. Accordingly, the parties have been working with the mediator's office to find a mutually agreeable date before May 5, 2009.

6) The parties anticipate that a short extension of case management deadline will enable the parties to focus their efforts on resolving this matter.

7) There have been no previous time modifications related to the Case Management Conference or related case management activities in this case.

8) The parties expect that the requested extension of the date for the Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The parties anticipate that the requested extension will facilitate the resolution of the parties' dispute and avoid unnecessary time and expense. Therefore, Plaintiffs and Defendant LBT, through their respective counsel, jointly stipulate and agree as follows:

/ / /

/ / /

1     1.     The Case Management Conference date of March 27, 2009 is vacated.

2     2.     The Case Management Conference date is extended to May 29, 2009 at 3:00 p.m.

3 or _____, 2009 at 3:00 p.m.

4 Date: March 17, 2009                       SALTZMAN & JOHNSON LAW CORPORATION

6                                         By: _____/S/_____
                                             Kristen McCulloch
                                             Attorneys for Plaintiffs

8 Date: March 17, 2009                       DAVID M. STERNBERG & ASSOCIATES

10                                         By: _____/S/_____
                                            David M Sternberg,
                                            Attorneys for Defendant
                                            LBT HORIZONS LLC

1
## ORDER

2     PURSUANT TO STIPULATION:

3     1.     The Case Management Conference date of March 27, 2009 is vacated.

4     2.     The Case Management Conference date is extended to May 29, 2009 at 3:00 p.m.

5 or _____, 2009 at 3:00 p.m.

6     IT IS SO ORDERED.

7

8 Dated: _____ _____

    SUSAN ILLSTON,
9     UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    4     JOINT STIPULATED REQUEST AND
    [PROPOSED] ORDER CONTINUING
    CASE MANAGEMENT CONFERENCE
P:\CLIENTS\SEIUN\COLLECTIONS\CASES\CLINT2\PLEADINGS\Jnt Stip Extend CMC 031709.doc     CASE NO. 08-04278 SI

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On March 17, 2009, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

XX  MAIL, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

| | |
|---|---|
| Robert B. Jacobs<br>Agent for Service of Process<br>Protean Health Services, Inc.<br>dba Clinton Village Convalescent Hospital<br>4900 Hopyard Road, Suite 280<br>Pleasanton, CA 94588 | David M. Sternberg<br>Eric I. Samuels<br>Attorneys for LBT HORIZON LLC<br>David M. Sternberg & Associates<br>540 Lennon Lane<br>Walnut Creek, CA 94598 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of March 2009, at San Francisco, California.

_____/S/_____
Julie Jellen

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\CLINT2\PLEADINGS\Jnt Stip Extend CMC 031709.doc