1  PHILIP M. MILLER (SBN 87877)
   SALTZMAN & JOHNSON LAW CORPORATION
2  120 Howard Street, Suite 520
   San Francisco, CA 94105
3  (415) 882-7900
   (415) 882-9287 – Facsimile
4  pmiller@sjlawcorp.com

5  Attorneys for Plaintiffs

6                    UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      (SAN FRANCISCO DIVISION

9
   SERVICE EMPLOYEES INTERNATIONAL          Case No.: C 08-04278 SI
10 UNION NATIONAL INDUSTRY PENSION
   FUND, ANDREW STERN, Trustee, ROD
11 BASHIR, Trustee, CHARLES RIDGELL,        STIPULATION FOR DISMISSAL OF
   Trustee, SHARLEEN STEWART, Trustee,      DEFENDANT LBT HORIZON LLC
12 JAMES BERG, Trustee, EDWARD J.           [F.R.C.P. §41(a)(1)(A)(ii)]
   MANKO, Trustee, JOHN J. SHERIDAN,
13 Trustee, LEE CRETAROLO, Trustee,
   WILLIAM F. STUHLBARG, Trustee,
14
       Plaintiffs,
15
   vs.
16
   PROTEAN HEALTH SERVICES, INC., a
17 California corporation, doing business as
   CLINTON VILLAGE CONVALESCENT
18 HOSPITAL, and LBT HORIZON LLC, a
   California limited liability company,
19
       Defendants.
20

21       The above-named Plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION

22 NATIONAL INDUSTRY PENSION FUND, et al., and Defendant LBT HORIZON LLC, hereby

23 stipulate to the following under Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

24       1.      Plaintiffs' action as to Defendant LBT Horizon LLC as a party herein is hereby
25
   dismissed without prejudice.
26
         2.      Each party to this action shall bear their own attorneys' fees and costs.
27

28

                                      - 1 -    CASE NO. C 08-04278 SI; STIPULATION FOR
                                                DISMISSAL OF DEFENDANT LBT HORIZON LLC

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\CLINT2\PLEADINGS\Dismissal LBT 051109.doc

3. Plaintiffs have not previously filed or dismissed any similar action against Defendant LBT Horizon LLC.

Dated: June 2, 2009        SALTZMAN & JOHNSON LAW CORPORATION

By: /s/ Kristen McCulloch
Kristen McCulloch
Attorneys for Plaintiffs,
SEIU National Industry Pension Fund, et al.

Dated: June 2, 2009        STERNBERG & ASSOCIATES

By:_____
David M. Sternberg
Attorneys for Defendant, LLC Horizon LLC

3. Plaintiffs have not previously filed or dismissed any similar action against Defendant LBT Horizon LLC.

Dated: June 2, 2009    SALTZMAN & JOHNSON LAW CORPORATION

By: ___Kristen McCulloch___
Kristen McCulloch
Attorneys for Plaintiffs,
SEIU National Industry Pension Fund, et al.

Dated: June 4, 2009    STERNBERG & ASSOCIATES

By: ___David M. Sternberg___
David M. Sternberg
Attorneys for Defendant, LLC Horizon LLC

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -    CASE NO. C 08-04278 SI; STIPULATION FOR

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 3, 2009, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**STIPULATION FOR DISMISSAL OF
DEFENDANT LBT HORIZON LLC**

XX   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

| | |
|---|---|
| Robert B. Jacobs<br>Agent for Service of Process<br>Protean Health Services, Inc.<br>dba Clinton Village Convalescent Hospital<br>4900 Hopyard Road, Suite 280<br>Pleasanton, CA 94588 | David M. Sternberg<br>David M. Sternberg & Associates<br>540 Lennon Lane<br>Walnut Creek, CA 94598 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of June 2009, at San Francisco, California.

_____
Julie Jellen

- 3 -   CASE NO. C 08-04278 SI; STIPULATION FOR
DISMISSAL OF DEFENDANT LBT HORIZON LLC

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\CLINT2\PLEADINGS\Dismissal LBT 051109.doc