UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>PROTEAN HEALTH SERVICES, INC., et al.,<br><br>             Defendants. | Case No. 08-cv-04278-SI<br><br>**ORDER GRANTING APPLICATION FOR RENEWAL OF JUDGMENT**<br><br>Re: Dkt. No. 77 |

On May 20, 2010, the Court entered judgment against defendant M.O.C.A. Residential Facilities, Inc., doing business as Clinton Village Convalescent Hospital ("M.O.C.A"), in the amount of $75,303.47. Dkt. No. 74. M.O.C.A. never appeared in the action nor was it ever represented by counsel in the action. *Id*. On May 18, 2020, plaintiffs brought the instant application for renewal of judgment because they have never recovered any of the money pursuant to the Court's judgment. Dkt. No. 77. The motion was served on M.O.C.A. on June 4, 2020. Dkt. No. 79. Over a month has passed since the motion was served and M.O.C.A. has not filed an objection, or indeed, any response whatsoever.

As such, the Court hereby GRANTS plaintiffs' motion for renewed judgment.

**IT IS SO ORDERED**.

Dated: July 8, 2020

SUSAN ILLSTON
United States District Judge